# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSE GUZMAN BERNAL,<br><br>    Petitioner,<br> v.<br><br>PAM BONDI, *et al.*,<br><br>    Respondent. | Case No. 3:25-cv-00092-SLG |

### ORDER RE REQUEST FOR EXTENSION OF TIME TO RESPOND

Before the Court at Docket 12 is Petitioner Guzman-Bernal's Request for Extension of Time to Respond. Upon due consideration, the motion is hereby GRANTED. The deadline for Petitioner Guzman-Bernal's response to the Magistrate Judge's Report and Recommendation is extended to **August 8, 2025.**

DATED this 24th day of July, 2025, at Anchorage, Alaska.

             */s/ Sharon L. Gleason*
             UNITED STATES DISTRICT JUDGE