# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| JOSE GUZMAN BERNAL, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:25-cv-00092-SLG |
| | ) | |
| PAM BONDI, United States Attorney | ) | |
| General, et al., | ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 is dismissed without prejudice. A Certificate of Appealability is not being issued by this Court.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

**Candice M. Duncan**

Date: August 22, 2025
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*